96898-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21267-DPG

ZUNILDA MARTINEZ,

    Plaintiff,

vs.

HOLIDAY CVS, L.L.C.,

    Defendant.

_____/

**JOINT SCHEDULING REPORT**

Plaintiff, ZUNILDA MARTINEZ, and Defendant, HOLIDAY CVS, L.L.C., by and through their undersigned attorneys and pursuant to this Court's Order Requiring Joint Scheduling Report and Proposed Scheduling Order [DE 6] and S.D. Fla. L.R. 16.1(b)(3), hereby jointly file their Joint Scheduling Report, and state as follows:

1. **Local Rule 16.1.B.2**

    A. **A discussion of the likelihood of settlement.**

    While this case is in its infancy, settlement negotiations will be ongoing. The parties will endeavor to resolve this matter as expeditiously as possible and propose a mediation conference.

    B. **A discussion of the likelihood of appearance in the action of additional parties.**

    Based on information known to date, it is unlikely there will be additional parties added to this claim.

CASE NO. 1:21-cv-21267-DPG

C. **<u>A discussion on proposed limits on the time:</u>**

  i. **<u>To join other parties and to amend the pleadings:</u>**

  See attached Scheduling Timeline for Standard Track Case (Attachment A).

  ii. **<u>To file and hear motions:</u>**

  See attached Scheduling Timeline for Standard Track Case (Attachment A).

  iii. **<u>To complete discovery:</u>**

  See attached Scheduling Timeline for Standard Track Case (Attachment A).

D. **<u>A proposal for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.</u>**

At this time, the parties have no specific proposals for the formulation and simplification of issues, though the parties agree to continue to work in good faith to simplify all issues, claims and defenses in this action. The parties agree to stipulate as to the authenticity of documents where practicable.

E. **<u>The necessity or desirability of amendments to the pleadings.</u>**

It is unknown whether there will be a necessity for additional amendment of the pleadings based on the facts known at this time.

F. **<u>A discussion of possible admissions of fact and documents which will avoid unnecessary proof; of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence.</u>**

The parties state that they will work in good faith to obtain admissions of fact and stipulations regarding the authenticity of documents, electronically stored information or

CASE NO. 1:21-cv-21267-DPG

things. The parties are not presently aware of a need for advance rulings from the Court on the admissibility of any evidence.

G. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

The parties will confer in an effort to come to agreements to avoid unnecessary proof and cumulative evidence, including potential stipulations to the authenticity of documents received via subpoena or through discovery.

H. **Suggestions on the advisability of referring matters to a magistrate judge or master.**

At this time, the parties have agreed to refer only discovery matters to a U.S. Magistrate Judge. However, as to any discovery matters heard by a U.S. Magistrate Judge, including those referred by this Court, the parties reserve their right to object and/or appeal decisions of the U.S. Magistrate Judge pursuant to Fed. R. Civ. P. 53, 72, or any other applicable procedural rule or statute.

I. **A preliminary estimate of the time required for trial.**

The parties estimate that the trial will take four (4) to five (5) days.

J. **Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

Please see Attachment "A."

K. **Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

None at this time.

CASE NO. 1:21-cv-21267-DPG

Respectfully submitted this 16th day of April, 2021.

By: /s/ Jonah M. Wolfson
    Jonah M. Wolfson, Esquire
    Florida Bar No. 498130
    eservice3@wolfsonlawfirm.com;
    jonahwolfson@wolfsonlawfirm.com;
    ffaccidomo@wolfsonlawfirm.com;
    WOLFSON LAW FIRM, LLP
    3399 S.W. 3rd Avenue
    Miami, FL 33145
    Telephone:      (305) 285-1115
    Facsimile:       (305) 285-1608
    *Attorneys for Plaintiff*

By: /s/ Jacob J. Liro
    Jacob J. Liro, Esquire
    Florida Bar No. 32720
    JLiro@wickersmith.com
    lacuna@wickersmith.com
    agaitan@wickersmith.com
    WICKER SMITH O'HARA McCOY & FORD, P.A.
    2800 Ponce de Leon Blvd., Suite 800
    Coral Gables, FL 33135
    Telephone:(305) 448-3939
    Facsimile:(305) 441-1745
    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on April 16, 2021, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

    /s/ Jacob J. Liro
    Jacob J. Liro, Esquire

CASE NO. 1:21-cv-21267-DPG

## SERVICE LIST

Jonah M. Wolfson, Esquire
Frances Faccidomo, Esquire
Wolfson Law Firm, LLP
3399 S.W. 3rd Avenue
Miami, FL 33145
Telephone:	(305) 285-1115
Facsimile:	(305) 285-1608
eservice3@wolfsonlawfirm.com;
jonahwolfson@wolfsonlawfirm.com;
ffaccidomo@wolfsonlawfirm.com;