96898-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-21267-DPG

ZUNILDA MARTINEZ,

    Plaintiff,

vs.

HOLIDAY CVS, L.L.C.,

    Defendant.

_____/

## PROPOSED SCHEDULING ORDER SETTING
## CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **August 15, 2022.** The **Calendar Call** will be held at **9:30 a.m. on Wednesday, August 10, 2022.** A **Status Conference** will be held at **10:00 a.m. on Wednesday, June 8, 2022.** The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the complaint by — **05/21/2021**

2. Written lists containing the names and addresses of all fact witnesses intended to be called at trial by — **11/19/2021**

3. Plaintiff(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **12/15/2021**

4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by — **01/15/2022**

5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by — **02/15/2022**

6. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by — **10/08/2021**

7. Fact discovery shall be completed by — **02/15/2022**

CASE NO. 1:21-cv-21267-DPG

8. Expert discovery shall be completed by  **03/15/2022**

9. Dispositive motions, including those regarding summary judgment and *Daubert,* shall be filed by  **04/15/2022**

10. Mediation shall be completed by  **05/15/2022**

11. All pretrial motions and memoranda of law, including motions in limine, shall be filed by  **06/15/2022**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by  **07/15/2022**

13. Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by  **08/08/2022**

| | |
|---|---|
| By: */s/ Jonah M. Wolfson* | By: */s/ Jacob J. Liro* |
| Jonah M. Wolfson, Esquire | Jacob J. Liro, Esquire |
| Florida Bar No. 498130 | Florida Bar No. 32720 |
| eservice3@wolfsonlawfirm.com; | JLiro@wickersmith.com |
| jonahwolfson@wolfsonlawfirm.com; | lacuna@wickersmith.com |
| ffaccidomo@wolfsonlawfirm.com; | agaitan@wickersmith.com |
| WOLFSON LAW FIRM, LLP | WICKER SMITH O'HARA McCOY & FORD, P.A. |
| 3399 S.W. 3rd Avenue | 2800 Ponce de Leon Blvd., Suite 800 |
| Miami, FL 33145 | Coral Gables, FL 33135 |
| Telephone: (305) 285-1115 | Telephone:(305) 448-3939 |
| Facsimile: (305) 285-1608 | Facsimile:(305) 441-1745 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |